UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN FUENTES-ENAMORADO,<br><br>Defendants. | Case No. 2:12-cr-00287-MMD-VCF<br><br>ORDER |

Defendant Edwin Fuentes-Enamorado has submitted two letters to the Court. The first letter was sent ex parte to The Honorable Andrew P. Gordon and forwarded to the undersigned. A copy of that letter is attached. The second letter was filed on July 3, 2013. (Dkt. no. 47.) Pursuant to Local Rule IA 10-6, a party who is represented by counsel may not appear or act in the case. To the extent Defendant is requesting a continuance of the sentencing hearing, that request is denied. However, counsel is ordered to confer with her client about the issues raised in these letters. The Court will conduct an ex parte hearing at the July 10, 2013 sentencing hearing.

DATED THIS 8th day of July 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Edwin-Fuentes-Enamorado
Agency # 47096048
NSDC
2190 E. Mesquite Ave.
Pahrump, NV 89060

Your Honor, I'm writing you with great concern. I do not know what to do anymore. I am a Detainee at Nevada Southern Detention Center. My name is Edwin-Fuentes-Enamorado. I feel that I need to let you know my Situation. I need to have this on record. I have this Lawyer that my mother provided for me. Her name is Leslie Park. Ms. Parks has avoided council and communication at every point since shes been my Lawyer. Shes been my Lawyer since July of last year. Since last year, I have rarely spoken to her. I have tried countless time to call, but never get any answers. My family has experience the same. I took my case to Trial. But what I didn't know then, what I know now. Is that everyone is suppose to or entitled to reading their Discovery. I went to Trial, and its now June 24, 2013 and I still haven't recieved my Discovery. Shes allowed my Prime witness to get harassed. And because of that, I stood and fought for myself during Trial. My Prime witness, my family and myself have experience all this together. I am now going to Sentencing in about two weeks and I still haven't recieved my P.S.R. She told me in front of my Probation officer Ms. Sandy Schmitt, that she will physically come over and explaine my P.S.R to me. It is now 16 day till my Sentencing date and I still haven't recieved a single letter. I feel that I have had two partys working against me. I feel as if a deal has been maid behind my back. I do not know what to do anymore. My family has paid close to 7000 dollars to Ms Parks. Money that my family did not have. I know in my heart that I am not a bad person, just had bad luck. So I now write to you my Honorable Judge, not for Sympathy but for Justice. I ask that you understand

my situation. I ask for help! I am as an American as the next person. I am willing to fight for my country! I just ask that my country gives me a chance. If my Sentencing date has to be postponed in order for me to read my P.S.R and have a fare Sentencing. Then by all means, please do. Please your Honor, I ask for your help. Anything that you can help me with Would be a blessing in Gods hands. One more thing. My original Judge use to be, The Honorable Miranda Du. The only reason why I know that shes been changed is because all the Inmates that had Miranda Du, have now been Appointed to you your Honor. So I now write you my Honorable Judge, Mr. Andrew P. Gordon I write you because I feel you must know. I write you because I need your help. So please your Honor, if you can find a place for me in your heart. Please help me. I Thank you for your Understanding. Goodbye and may God hold you softly in the Palm of his hands. God Bless

Sincerly,
Edwin-Fuentes-Enamorado